AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Darys Jimenez, | ) |
| --- | --- |
| *Plaintiff,* | ) |
| v. | ) Case No. 23 Civ. 6100 |
| Ofelia Fernandez and Carlos Chamizo, | ) |
| *Defendants* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Darys Jimenez

Date: 08/14/2023

*Attorney's signature*

Gianfranco J. Cuadra, GC3633
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022

*Address*

cuadra@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*