Generated: Oct 3, 2023 8:55AM                                                                 Page 1/1

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Oct 3, 2023 8:55AM

Sean Haley

| Rcpt. No: 100009865 | | Trans. Date: Oct 3, 2023 8:55AM | | | Cashier ID: #JH |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 118 | Sanctions/Contempt of court Fines | : | 1 | 300.00 | 300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #332 | 10/3/2023 | | $300.00 |
| | | | Total Due Prior to Payment: | | $300.00 |
| | | | Total Tendered: | | $300.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.