

Marks DiPalermo Wilson PLLC
485 Madison Avenue
16th Floor
New York, NY 10022

o: 212.370.4477
f: 212.202.7877
w: www.mdw.law

October 3, 2023

<u>Via ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Jimenez v. Fernandez, 23 Civ. 6100 (BCM)
              <u>Payment of Sanctions for Defendants Counsel</u>

Dear Judge Cogan:

      This office is counsel to Ms. Ofelia Fernandez and Mr. Carlos Chamizo in the above referenced action. I write to inform the Court that the undersigned counsel has paid One Hundred and Fifty Dollars ($150.00) to the Clerk of Court for the Eastern District of New York earlier today in accordance with this Court's September 26, 2023 Order. The Clerk has advised that they will be uploading the receipt. Pursuant to the Court's request, and given that the receipt has not yet been uploaded, this correspondence is filed to provide proof of payment in accordance with the Court's directive. Accordingly, please find attached herein, a copy of the receipt of payment.

      Thank you for your attention to this matter. If the Court has any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

Adam N. Love

Generated: Oct 3, 2023 1:02PM

Page 1/1

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Oct 3, 2023 1:02PM

MARKS DIPALERMO WILSON PLLC

| Rcpt. No: 100009900 | | Trans. Date: Oct 3, 2023 1:02PM | | | Cashier ID: #DW |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 118 | Sanctions/Contempt of court Fines | DNYE123CV006100<br>FBO: ADAM LOVE | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #2723 | 10/3/2023 | $150.00 |
| | | | Total Due Prior to Payment: | $150.00 |
| | | | Total Tendered: | $150.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.