UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
DARYS JIMENEZ,	:
	:
                     Plaintiff,	:        **1:23-cv-6100 (BMC)**
	:
   -against-	:
	:        **(PROPOSED) JUDGMENT**
OFELIA FERNANDEZ and CARLOS CHAMIZO,	:
	:
                 Defendants.	:
----------------------------------------------------------------------- X

**The Court Orders that:**

Plaintiff Darys Jimenez recovers from Defendants Ofelia Fernandez and Carlos Chamizo, jointly and severally, the total amount of Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 18).

Dated: New York, New York

      _____, 2024

                                              **SO ORDERED:**

                                              _____
                                              Hon. Brian M. Cogan
                                              United States District Judge